UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case no. 3:06-CR-00144-LRH-(WGC)-1 |
| Plaintiff, ) | |
| ) | ORDER |
| vs. ) | |
| NICOLAS FRANCO-FLORES, ) | |
| Defendant. ) | |

Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, have filed a motion to withdraw (#65) as defendant's counsel of record. The court received and reviewed the reduction of sentence report on defendant prepared by Probation. The report concludes defendant is ineligible for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2), Amendment 782, and pursuant to U.S.S.G. § 1B1.10, effective November 1, 2014, as he was sentenced to the statutory minimum sentence and in accord with 21 U.S.C. § 851(a)(1).

The court appointed defendant counsel to determine whether he qualifies for a reduction of sentence. Based upon Probation's report, counsel does not intend to file a motion for a reduction. The court will therefore grant the motion to withdraw.

Before being granted counsel, defendant filed a motion (#62) seeking Discretionary Relief pursuant to 18 U.S.C. § 3582(c)(2). The court does not find a response from the United States Attorney's office is necessary for a ruling on defendant's motion. The defendant was sentenced to the statutory minimum sentence available and is therefore not entitled to a reduction.

    Accordingly,

    IT IS HEREBY ORDERED that defendant's motion to withdraw (#65) is **GRANTED**.

    IT IS FURTHER ORDERED that defendant's motion seeking Discretionary Relief pursuant to 18 U.S.C. § 3582(c)(2) (#62) is **DENIED**.

    IT IS SO ORDERED.

    DATED this 12th day of June, 2015.

                                      LARRY R. HICKS
                                      UNITED STATES DISTRICT JUDGE